Jonathan Cohen
Megan A. Bartley
Federal Trade Commission
600 Pennsylvania Avenue NW, CC-9528
Washington, D.C.  20580
(202) 326-2551 (Cohen); -3424 (Bartley)
jcohen2@ftc.gov; mbartley@ftc.gov
Facsimile:  (202) 326-2558

*Attorneys for Plaintiff*
*Federal Trade Commission*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) JASON W. ELLSWORTH and ) YOUR MAGAZINE PROVIDER, ) INC. ) ) Defendant. ) ) | Case No. 08-cv-64  Hon. Donald W. Molloy |

### JOINT STIPULATION REGARDING JASON ELLSWORTH'S PRODUCTION AND PURGING HIS CONTEMPT

Since the June 18, 2014 contempt hearing, the Federal Trade Commission ("FTC") has received additional documents and responses from Jason Ellsworth ("Ellsworth"), which appear to respond to all of the FTC's outstanding requests. However, because the FTC received the vast majority of documents today, June

30, 2014, it has not been able to review them in detail and cannot certify that they respond completely to each request.  The documents include data exported from a consumer database and audio files, both of which the FTC must verify contain the requested information and are responsive to its requests.

Counsel for Ellsworth contends that the production is complete and that Ellsworth has provided all responsive documents to each of the FTC's requests.

Given that it appears Ellsworth may have purged his contempt, the FTC agrees that coercive sanctions, including incarceration, would not be appropriate. However, the FTC cannot stipulate that he has fully complied until it can review all documents and assess whether they respond to each request in full.  The FTC is reviewing the materials expeditiously and will inform the Court of whether Ellsworth's production is complete **no later than Thursday, July 3, 2014**.

Dated:   June 30, 2014


Respectfully Submitted,

/s/ Megan Bartley
Jonathan Cohen (jcohen2@ftc.gov)
Megan A. Bartley (mbartley@ftc.gov)
Federal Trade Commission
600 Pennsylvania Avenue NW, CC-9528
Washington, D.C.  20580
(202) 326-2551 (Cohen); -3424 (Bartley)
Facsimile:  (202) 326-2558

Attorneys for Plaintiff
Federal Trade Commission

/s/ Hank T. Waters
Hank T. Waters
WATERS LAW OFFICE, PLLC
9612 Bellechase Road
Granbury, TX 76049
Telephone: (623) 202-6230
Facsimile: (888) 695-6808


Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I, Megan Bartley, certify that on June 30, 2014, I caused to be served true copies of the foregoing by electronic means, by filing such documents through the Court's Electronic Case Filing System, which will send notification of such filing to:

Hank Waters (hanktwaters@hankwaters.com)

                                    <u>/s/ Megan A. Bartley</u>
                                    Megan A. Bartley (mbartley@ftc.gov)
                                    Attorney for Plaintiff
                                    Federal Trade Commission