IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JUL 01 2014
Clerk, U.S District Court
District Of Montana
Butte

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CV 08–64–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JASON W. ELLSWORTH and YOUR MAGAZINE PROVIDER, INC., | |
| Defendants. | |

The parties' Joint Stipulation Regarding Jason Ellsworth's Production and Purging his Contempt is now before the Court. (Doc. 109.) In response to the Court's Findings of Fact and Conclusions of Law, Defendant Ellsworth has produced documents and responses to the Commission's outstanding requests. The Commission has not yet been able to review these items in sufficient detail to stipulate to the completeness of Ellsworth's document production. The Commission requests until July 3, 2014 to enter into such a stipulation so that the finding of contempt against Jason W. Ellsworth may be purged.

IT IS ORDERED that the parties must file a stipulation regarding the completeness of Defendant Jason W. Ellsworth's document production by

-1-

Thursday, July 3, 2014.

DATED this \_\_\_1st\_\_\_ day of July, 2014.

_____
Donald W. Molloy, District Judge
United States District Court