

**FILED**

JUL 03 2014

Clerk, U.S District Court
District Of Montana
Butte

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CV 08–64–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JASON W. ELLSWORTH and YOUR MAGAZINE PROVIDER, INC., | |
| Defendants. | |

The parties' Second Joint Stipulation Regarding Jason Ellsworth's

Production and Purging his Contempt is now before the Court. (Doc. 111.) The

Federal Trade Commission has received and reviewed documents produced by

Defendant Ellsworth in response to this Court's finding of civil contempt, entered

June 18, 2014. (*Id.*; Doc. 108.) The parties stipulate that Ellsworth has complied

with all of the FTC's requests as required by the Court's Findings of Fact and

Conclusions of Law. (Doc. 111 at 2.)

IT IS ORDERED that, pursuant to the parties' Second Joint Stipulation,

(Doc. 111), the Court's finding that Defendant Jason W. Ellsworth is in civil

contempt of the Stipulated Final Judgment and Order for Permanent Injunction,

(*see* Doc. 91), is HEREBY PURGED.

DATED this 3ʳᵈ day of July, 2014.

Donald W. Molloy, District Judge
United States District Court